**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID RAMIREZ, 317 East Azalea Ave., Tampa, Florida, 33612,<br><br>on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE WASHINGTON TIMES LLC, 3600 New York Avenue, NE, Washington, DC 20002,<br><br>*Defendant*. | Civil Action No. 1:25-cv-02619-JEB<br><br>Hon. James E. Boasberg |

**DEFENDANT THE WASHINGTON TIMES, LLC'S MOTION TO DISMISS**

Defendant, The Washington Times, LLC ("The Washington Times" or "Defendant"), by its attorneys, respectfully moves the Court to dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) because Plaintiff David Ramirez ("Plaintiff") fails to state a claim upon which relief can be granted. In support of its motion, Defendant contemporaneously submits its Memorandum of Points and Authorities in Support of The Washington Times, LLC's Motion to Dismiss.

WHEREFORE, The Washington Times respectfully requests that the Court dismiss the Complaint with prejudice and grant The Washington Times all other just and appropriate relief.

Respectfully submitted,

Dated: November 3, 2025

*/s/ Paul A. Rosenthal*

FAEGRE DRINKER BIDDLE & REATH LLP
Paul A. Rosenthal (D.D.C. Bar ID NJ030)
600 Campus Drive
Florham Park, New Jersey 07932
Tel.: (973) 549-7000
Fax: (973) 360-9831

paul.rosenthal@faegredrinker.com

Michael William Fires (D.C. Bar No. 1644614)
1500 K Street NW, Suite 1100
Washington, DC 20005
Tel.: (202) 230 5000
Fax: (202) 842 8465
michael.fires@faegredrinker.com

*Attorneys for Defendant The Washington Times LLC*

**Certificate of Service**

The undersigned counsel hereby certifies that on November 3, 2025, the foregoing Motion by Defendant The Washington Times, LLC, was served on all counsel of record through the CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal